In the Matter of GARRISON PROTECTIVE SERVICES, INC., Respondent, v OFFICE OF THE COMPTROLLER OF THE CITY OF NEW YORK et al., Appellants. [665 NYS2d 268] —Order and judgment (one paper), Supreme Court, New York County (Walter Schackman, J.), entered on or about August 20, 1996, unanimously affirmed for the reasons stated by Schackman, J., without costs or disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Wallach and Rubin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER CODRINGTON, Appellant. [665 NYS2d 258] —Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered November 8, 1995, convicting defendant, upon his pleas of guilty, of three counts of robbery in the first degree, and sentencing him, as a second felony offender, to concurrent terms of 9 to 18 years, 9 to 18 years, and 6 to 12 years, unanimously affirmed.

Defendant's contention that his pleas were improper, since the court did not advise him that his plea allocations allegedly raised an affirmative defense and since the court did not make further inquiry, is unpreserved as a matter of law inasmuch as he never moved to withdraw his pleas (*People v Toxey*, 86 NY2d 725; *People v Negron*, 222 AD2d 327, *lv denied* 88 NY2d 882). We decline to review the contention in the interest of justice. Concur—Sullivan, J. P., Rosenberger, Williams and Andrias, JJ.